
MedStar Health

TEETER, LONDON
43 K STREET NW
APT 907
WASHINGTON, DC 20001

February 26, 2024

To Whom It May Concern:

The above patient is under the care of Medstar Georgetown OB/GYN. Due to patient's high risk pregnancy with multiple chronic conditions the patient is working under our high-risk OB team. This care includes increased surveillance, pharmacologic therapy, ultrasounds, specialist care, diagnostic testing and ultimately more visits.

If you have any questions or concerns you can call our office at 202.481.1060, press option #4.

Thank you
Electronically signed by:

Dr. Bowles-Johnson, MD
Medstar Medical Group
Georgetown Department of Obstetrics and Gynecology



Sincerely,



Lejhern Carr RN