Michael R. Brown
865-661-7314
February 28, 2024

United States District Court

333 Constitution Ave,

NW Washington, DC

Dear Judge:

I am a teacher at Webb School of Knoxville, a member of the Alcoa City School Board,
and a former customer of Bojangles in Alcoa, Tennessee where Ms. London Teeter was
once employed.

I have known London for approximately 5-6 years in her role as an employee at
Bojangles.  My wife and I developed a great relationship with her during our Saturday
morning breakfasts and found we had so many people in common, and we morphed
into an informal semi-mentoring role.

During the years that we met with London, we found her to be an unbelievably great
employee.  She truly cared for her customers, often ate with us, and was genuinely
interested in our lives and us in hers.  She was always friendly, maintained a positive
demeanor, was always helping out her colleagues, and one could just sense what a
special person she was.  She cared about her family and friends and I have never run
into anyone who didn't love London Teeter.  I actually taught her father when he was in
high school.

I truly believe that London is no danger to the community and that no great benefit
would come from detaining her.  The London Teeter that I know would never be a flight
risk, would not harm anyone, and would learn from her experiences.

I do believe that she should be released pending trial.  As mentioned above, I truly do
not believe she poses any threat to her community while awaiting her trial.  To be
honest, I am shocked to even be writing this letter.  The London that I know would not
even be in these circumstances.

Very Truly Yours,

Michael R. Brown